## DUBOIS and Others *v.* FARNSWORTH.

No motion for a new trial below, and no error.

APPEAL from the *Jefferson* Circuit Court.

*Per Curiam.*—Action by the appellee against the appellants to foreclose a mortgage. Appearance by the defendants and answer. Trial by the Court, finding and judgment for the plaintiff. There was no motion for a new trial, nor is there any question presented by the record.

The judgment below is affirmed, with costs and 5 per cent. damages.

*J. I. Allison,* for the appellant.
*C. E. Walker,* for the appellee.